UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06-CV-185-H

| | |
|---|---|
| JOHN BAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER REMANDING CASE TO STATE COURT

This matter is before the Court on Plaintiff's motion to remand pursuant to 28 U.S.C. §1447(c). It appearing that Defendant did not timely file its Petition for Removal and that Defendant does not object to remanding this case to State Court,

IT IS HEREBY ORDERED that this matter is remanded to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina.

**SO ORDERED**.

Signed: May 10, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

Consented to:

/s/ Haley Mathews Jonas
Haley Mathews Jonas, Bar No. 30631
Attorney for Plaintiff
John W. Taylor, P.C.
13777 Ballantyne Corporate Place, Suite 320
Charlotte, NC 28277

/s/ William A. Blancato
William A. Blancato, Bar No. 12729
Attorney for Defendant
Blancato Doughton and Hart, PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101